MACKAY, Respondent, v. KAHN, Appellant.

*(Common Pleas of New York City and County, General Term.* March 17, 1892.)

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*Aaron Kahr,* appellant, *pro se. L. B. Bunnell,* for respondent.

No opinion. Motion for leave to appeal to the court of appeals is denied, with $10 costs. See 17 N. Y. Supp. 503.

---

LAMSON CONSOLIDATED STORE SERVICE CO., Appellant, v. HARTUNG, Respondent.

*(Common Pleas of New York City and County, General Term.* March 17, 1892.)

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*Theo. H. Friend,* for appellant. *Doyle & Stiles,* for respondent.

No opinion. Motion for reargument granted. See 18 N. Y. Supp. 143.

---

PEOPLE v. SAMUELS et al.

*(Common Pleas of New York City and County, General Term.* March 17, 1892.)

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*De Lancy Nicoll,* for the People. *R. H. Racey,* for defendants.

PER CURIAM. The moving papers fail to disclose that any diligence was used to find the complainant, and bring him into court at the trial. The facts required by the former decision of this court in the case have not yet been shown. The application to discharge the forfeited recognizance and judgment must be denied. See 7 N. Y. Supp. 659.

---

BARNUM et al., Appellants, v. FITZ PATRICK, Respondent.

*(Common Pleas of New York City and County, General Term.* March 7, 1892.)

Motion by plaintiffs for reargument or for leave to appeal to the court of appeals. Denied.

For decision on appeal, see 16 N. Y. Supp. 934.

Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.

*Hatch & Warren,* for appellants. *Frank Moss,* for respondent.

PER CURIAM. We have carefully reviewed this case, and do not find that any question of fact or citation "decisive of the case" was overlooked in arriving at the conclusion reached. We are not satisfied from the evidence given that the landlords used the orders of the city departments merely as a pretext to drive the tenant out, or that they unnecessarily delayed the work for that purpose. All the authorities cited on the motion for a reargument were examined before announcing the decision. Nor are the questions of law raised novel; they have been repeatedly decided by the court of last resort. The case, we think, comes fairly within *Curley* v. *Tomlinson,* 5 Daly, 283. Both the motion for reargument and for leave to go to the court of appeals must therefore be denied, with $10 costs. If the landlords commence new proceedings, the questions of fact may be clearly presented, and the length of time which has now elapsed will, of itself, be strong evidence of good or bad faith on their part.

---

*(Common Pleas of New York City and County, General Term.* March 18, 1892.)

Motion by defendants (appellants) for reargument. Denied.

For decision on appeal, see 18 N. Y. Supp. 947, *mem.*

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.